UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § | |
| Plaintiff, § § § | |
| v. § | CIVIL ACTION NO. 3:20-CV-2958-B |
| § § | |
| OSCAR HAYNES MORRIS, JR. and LAKESIDE CAPITAL PARTNERS LP, § § § § | |
| Defendants. § | |

## FINAL JUDGMENT AND ORDER

On October 14, 2022 the Court **GRANTED in part** and **DENIED in part** the Securities and Exchange Commission's Motion for Remedies (Doc. 49, Order) in connection with the consent judgments entered in this case (Docs. 32, 33). No further issues remain.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of the Judgment. This is a **FINAL ORDER AND JUDGMENT** that disposes of all parties and all remaining claims and controversies in the above-captioned case. All relief not herein granted is denied.

SO ORDERED.

SIGNED: October 17, 2022

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -